1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GARY S. TOMLIN,

11             Petitioner,                              No. CIV S-07-1574 GEB DAD P

12        vs.

13    ROBERT SUBIA, Warden,

14             Respondent.                              ORDER

15    _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18    pauperis.  In his application, petitioner challenges a judgment of conviction entered in the Tulare

19    County Superior Court.  Tulare County is part of the Fresno Division of the United States District

20    Court for the Eastern District of California.  See Local Rule 3-120(d).

21             Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25    /////

26    /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3    2. This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5    3. All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7    United States District Court
     Eastern District of California
8    2500 Tulare Street
     Fresno, CA 93721

9

10   DATED: August 13, 2007.

11

12   _____
     DALE A. DROZD
13   UNITED STATES MAGISTRATE JUDGE

14   DAD:cm
     toml1547.109

15

16

17

18

19

20

21

22

23

24

25

26